# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| JEFFREY LYNN MYERS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:11-cv-00065-RLV |
| | ) | 5:06cr33-1-V |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 18, 2013 Order.

December 18, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court